*[Filed stamp: CLERK, U.S. DISTRICT COURT, MAR 19 2013, CENTRAL DISTRICT OF CALIFORNIA, BY ___ DEPUTY]*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 13-839 M |
| Steven Qu   DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of __deft__, IT IS ORDERED that a detention hearing is set for __Wed__, __3/20/13__, at __1:30__ ☐ a.m. / ☒ p.m. before the Honorable RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE, in Courtroom __540 Roybal__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __3/19/13__      _/s/ Ralph Zarefsky_
                        U.S. District Judge/Magistrate Judge